# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**ANDREA TURLEY**                                                          **PLAINTIFF**

**VS**                                                          **CIVIL ACTION NO. 3:09CV-986-S**

**NORTON HEALTHCARE, INC.**                                    **DEFENDANT**

**ORDER**

Magistrate Judge Dave Whalin having notified the Court of a settlement in this matter as a result of a settlement negotiations conducted by the Magistrate Judge, **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Dated:

Copies to counsel