UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NO. 3:09-CV-986-S

**ELECTRONICALLY FILED**

| | |
|---|---|
| ANDREA TURLEY | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| PLAINTIFF | ) |
|  | ) |
| v. | ) |
|  | ) |
| NORTON HEALTHCARE, INC. | ) |
|  | ) |
| DEFENDANT | ) |

\* \* \* \* \* \* \*

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO REINSTATE LAWSUIT**

Defendant, Norton Healthcare, Inc., ("Norton"), by counsel, submits this Response to Plaintiff Andrea Turley's ("Turley") Motion to Reinstate the above-referenced lawsuit. The parties have resolved this dispute to their mutual satisfaction. Accordingly, it is not necessary to reinstate the litigation to the Court's active docket.

Respectfully submitted,

s/ Wendy C. Hyland
Donna King Perry
Wendy C. Hyland
DINSMORE & SHOHL, L.L.P.
2500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
(502) 581-8000
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

 I hereby certify that on September ____, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

 Andrew Dutkanych, III
 BIESECKER & DUTKANYCH, LLC
 101 North Seventh Street
 Louisville, Kentucky 40202
 *Counsel for Plaintiff*

            s/ Wendy C. Hyland
            Counsel for Defendant